**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                 Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                    Case No. 8:26-bk-04988-CED


                    Debtor.
_____/


**CERTIFICATE OF NECESSITY AND REQUEST FOR EMERGENCY HEARING**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**DEBTOR'S EMERGENCY MOTION FOR**
**AUTHORITY TO USE CASH COLLATERAL**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing to consider the Motion[2] because without prompt authority to use cash collateral, the Debtor will be unable to meet its near-term obligations, including payroll and operational expenses, which will result in immediate and irreparable harm to the business, including the risk of operational shutdown. Any interruption in operations would cause substantial and potentially irreversible damage to the

---

[1]The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860.  The last four digits of the Debtor's federal tax identification numbers are 4458.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

35976244-1

Debtor's business, including loss of employees, customers, vendor relationships, and going-concern value.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client.  I further certify that the Motion is filed with full understanding of Fed. R. Bankr. P. 9011 and the consequences of noncompliance with same.

Dated: June 11, 2026

BERGER SINGERMAN LLP
*Proposed Counsel for the Debtor and*
*Debtor-in-Possession*
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
Tel. (813) 498-3400
Fax (813) 527-3705

By:  */s/ Amy Denton Mayer*
Amy Denton Mayer
Florida Bar No. 634506
amayer@bergersingerman.com

2

35976244-1