**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Ritchey's Truck Repair, Inc., | : | CASE NO.   8:26-bk-04988-CED |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Michael C. Markham**
**400 N. Ashley Drive, Suite 3100**
**Tampa, FL 33602**
**Telephone: (727) 480-5118**
**Mikem@jpfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

The meeting of creditors will be held telephonically on July 20, 2026, at 1:30 p.m.  The telephone conference line is (888) 330-1716. The participant passcode is 7886851#.

The United States Bankruptcy Court will serve creditors and parties in interest with the Notice of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

Dated: June 12, 2026

GUY A. VAN BAALEN
Acting United States Trustee for Region 21

By: */s/ Guy A. Van Baalen*
Guy A. Van Baalen, Acting United States Trustee
New York Bar No. 1849751
Guy.A.VanBaalen@usdoj.gov
Nathan A. Wheatley, Trial Attorney
Ohio Bar No. 0072192
Nathan.A.Wheatley@usdoj.gov
Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602
(813) 228-2132
(813) 228-2303 facsimile