UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11, Subchapter V

RITCHEY'S TRUCK REPAIR, INC.,                 Case No. 8:26-bk-04988-CED

    Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES BY
SCOTT A. STICHTER OF STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**

The undersigned, Scott A. Stichter, of the law firm Stichter, Riedel, Blain & Postler, P.A., hereby gives notice that he is appearing in this case on behalf of creditor and party in interest Truckco, LLC, Signal Management Group, Inc., and Russell P. Matthews.  Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Stichter, Riedel, Blain & Postler, P.A. requests that all notices, pleadings, and correspondence which are required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address and electronic email address set forth below.

*/s/  Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Stichter Riedel Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email (correspondence):  sstichter@srbp.com
Email (ECF):  sstichter.ecf@srbp.com
Attorneys for Truckco, LLC, et al.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* has been furnished on this 26th  day of June, 2026, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

/s/ Scott A. Stichter
Scott A. Stichter

4897-5305-0806, v. 1