**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                          Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                         Case No. 8:26-bk-04988-CED

      Debtor.

_____/

### NOTICE OF FILING CASH COLLATERAL BUDGET

RITCHEY'S TRUCK REPAIR, INC. (the "Debtor"), by and through the undersigned

counsel, gives notice of filing of the attached proposed cash collateral budget in connection with

the continued hearing on June 30, 2026 at 10:30 a.m.

Dated: June 26, 2026.                    BERGER SINGERMAN LLP
                                         *Proposed Counsel for the Debtor and*
                                         *Debtor-in-Possession*
                                         101 E. Kennedy Boulevard, Suite 1165
                                         Tampa, FL 33602
                                         Tel. (813) 498-3400
                                         Fax (813) 527-3705

                                         By:  */s/ Amy Denton Mayer*
                                              Amy Denton Mayer
                                              Florida Bar No. 634506
                                              amayer@bergersingerman.com

### CERTIFICATE OF SERVICE

I CERTIFY that true and correct copies of the *Notice of Filing Cash Collateral Budget*

were served on June 26, 2026, by transmission of notices of filing generated by the Court's

CM/ECF system upon all parties registered for such service in this case.

                                         By:  */s/ Amy Denton Mayer*
                                              Amy Denton Mayer
                                              Florida Bar No. 634506

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860.  The last four digits of the Debtor's federal tax identification numbers are 4458.

**IN RE RITCHEY'S TRUCK REPAIR, INC.**
**CASE NO. 8:26-bk-04988-CED**
**CASH COLLATERAL BUDGET**

| | June 12-30 | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|
| **Income** | 271,253.11 | 292,166.65 | 277,139.07 | 285,291.55 | 291,345.70 | 285,291.55 | 279,241.93 | 1,981,729.56 |
| **Expenses** | | | | | | | | |
| Cost of Goods Sold | 40,687.97 | 43,824.99 | 41,570.86 | 42,793.73 | 43,701.86 | 42,793.73 | 41,736.29 | 297,109.43 |
| General Operating Expenses | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 17,500.00 |
| Payroll/Expense Reimbursements | 93,471.07 | 73,186.02 | 86,831.50 | 89,939.25 | 93,728.25 | 93,244.25 | 115,390.75 | 645,791.09 |
| Payroll Taxes | 34,512.28 | 27,806.98 | 33,041.73 | 29,725.62 | 29,181.85 | 27,079.50 | 28,940.55 | 210,288.51 |
| Rent (overflow storage lot) | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 10,500.00 |
| Insurance | | | | | | | | |
| United Health | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 45,886.40 |
| AllState | 450.40 | 450.40 | 450.40 | 450.40 | 450.40 | 450.40 | 450.40 | 3,152.80 |
| Globe | 1,018.92 | 1,273.65 | 1,018.92 | 1,018.92 | 1,273.65 | 1,018.92 | 1,018.92 | 7,641.90 |
| Life | 698.25 | 708.25 | 708.25 | 708.25 | 708.25 | 708.25 | 708.25 | 4,947.75 |
| Speciality Building | 14,039.87 | | | | | | | 14,039.87 |
| General Liability | - | 1,248.59 | | | - | - | - | 1,248.59 |
| Progressive | - | 56,996.00 | | | | | | 56,996.00 |
| Worker's Comp Ins. | 2,142.87 | 2,633.86 | 2,008.56 | 2,507.21 | 2,432.98 | 2,014.38 | 2,080.41 | 15,820.27 |
| Utilities | 4,447.90 | 4,615.97 | | | | | | 9,063.87 |
| Sales Tax | 13,989.84 | 16,888.29 | 14,154.01 | 14,314.65 | 16,753.12 | 14,987.23 | 14,343.53 | 105,430.67 |
| Mortgage Payment - 2080 Industrial Park Rd (welding shop/impound lot) | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 14,000.00 |
| Employee Obligations Paid | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 16,149.28 |
| Great American - Hunter Machine Alignment | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 14,000.00 |
| Ally Payment Service truck #125 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 10,185.84 |
| Ally Payment Service truck #206 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 10,500.00 |
| GM Payment Service truck #207 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 10,500.00 |
| Astralease - Wrecker #198 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 27,488.30 |
| Tag renewal | 170.40 | 300.00 | - | - | - | - | 5,893.20 | 6,363.60 |
| Property taxes | - | - | - | - | - | 18,028.02 | - | 18,028.02 |
| EForm 2290 | - | 728.89 | - | - | - | - | - | 728.89 |
| Subchapter V Trustee Interim Compensation | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 7,000.00 |
| **Total Expenses** | 231,874.03 | 256,906.15 | 206,028.49 | 207,702.29 | 214,474.62 | 226,568.94 | 236,806.56 | 1,580,361.08 |
| **Net Cash Flow** | $ 39,379.08 | $ 35,260.50 | $ 71,110.58 | $ 77,589.26 | $ 76,871.08 | $ 58,722.61 | $ 42,435.37 | $ 401,368.48 |