# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11, Subchapter V

RITCHEY'S TRUCK REPAIR, INC.,[1]                    Case No. 8:26-bk-04988-CED

        Debtor.

_____/

## DEBTOR'S MOTION FOR AUTHORITY TO MAINTAIN PREPETITION BANK ACCOUNTS

Ritchey's Truck Repair, Inc. (the "**Debtor**"), by and through its proposed undersigned counsel, hereby files this motion (the "**Motion**") pursuant to 11 U.S.C. § 105(a), seeking entry of an order authorizing the Debtor to: (i) temporarily maintain two prepetition bank accounts pending the transition of all receipts and disbursements to the debtor-in-possession accounts; and (ii) maintain one additional prepetition bank account for the duration of this case in order to preserve a mortgage interest rate reduction. In support of this Motion, the Debtor respectfully states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are sections 105, 345, 363, and 1184 of title 11 of the United States Code (the "**Bankruptcy Code**").

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

36012080-3

**Background**

4.     On June 10, 2026 (the "**Petition Date**"), the Debtor commenced this case by filing a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**").

5.     The Debtor continues to operate its business and manage its affairs as a debtor-in-possession pursuant to section 1184 of the Bankruptcy Code.

6.     Additional information regarding the Debtor, the events leading to the commencement of this Chapter 11 Case, and the Debtor's business operations is set forth in the *Chapter 11 Case Management Summary* [Doc. No. 8], which is incorporated herein by reference.

7.     As of the Petition Date, the Debtor maintained: two checking (ending 4976 and 4690), one savings (ending 4968), and one certificate of deposit account (ending 3703) at Truist Bank ("**Truist**") and two checking (ending 7941 and 7933) and one money market account (ending in 3680) at First Citizens Bank & Trust Company ("**First Citizens**") (collectively, the "**Prepetition Accounts**").

8.     After the Petition Date, the Debtor opened three debtor-in-possession checking accounts at Truist (ending 4944-savings, 4952-payroll, and 4960-operations) (collectively, the "**DIP Accounts**") and has transferred all funds from its Prepetition Accounts into the DIP Accounts.

9.     The Debtor is closing all the Prepetition Accounts except the two Truist checking accounts and the First Citizens checking account.

10.     The Debtor receives substantially all customer payments, including automated clearing house ("**ACH**") and credit card transactions, through the Truist checking ending 4976, and disburses payments to vendors— including recurring automatic payments—through the Truist

2

checking ending 4690 (collectively, the "**Truist Accounts**"). To avoid disruption to its operations and cash flow, the Debtor intends to temporarily maintain these bank accounts pending the transition of all receipts and disbursements to the DIP Accounts.

11.     The Debtor's mortgage on its principal place of business is serviced by First Citizens, and maintaining the First Citizens checking ending 7941 (the "**First Citizens Account**") provides a 3% reduction in the interest rate on the Debtor's mortgage loan. To preserve the mortgage interest rate reduction, the Debtor intends to maintain the First Citizens Account for the duration of this case.

**Relief Requested and Basis for Relief**

12.     By this Motion, the Debtor requests entry of an order, substantially in the form attached as **Exhibit A**, authorizing the Debtor to (a) temporarily maintain the Truist Accounts pending the transition of all receipts and disbursements to the DIP Accounts, and (b) maintain the First Citizens Account for the duration of the case to preserve the mortgage interest rate reduction. The Debtor will sweep all funds into the DIP Accounts on at least a weekly basis and will report all activity in the prepetition accounts in its monthly operating reports.

13.     The Office of the United States Trustee has established operating guidelines (the "**Guidelines**") requiring chapter 11 debtors to close prepetition bank accounts and open debtor-in-possession accounts, among other things. The Guidelines are intended to clearly distinguish between prepetition and postpetition transactions and to provide notice to parties dealing with a debtor in chapter 11.

14.     Courts may waive strict compliance with these Guidelines where appropriate. *See, e.g., In re DM Indus., Ltd.*, No. 09-15533, 2011 WL 13489956, at *1 (Bankr. S.D. Fla. July 7,

2011); *In re Southwest Ga. Ethanol, LLC*, No. 11-10145, 2011 WL 5037646, at *2 (Bankr. M.D. Ga. Oct. 18, 2011).

15.     Cause exists to grant such relief here. Continued use of the Truist Accounts is necessary to prevent interruption in the Debtor's receipt of customer payments and payment of vendors, while continued use of the First Citizens Account preserves a 3% reduction in mortgage interest. Requiring closure of these accounts would disrupt operations and impose unnecessary costs on the estate.

16.     The requested relief will not prejudice creditors or other parties in interest. The Debtor will regularly sweep funds from the maintained accounts into the DIP Accounts and will fully disclose all activity in its monthly operating reports.

**WHEREFORE**, the Debtor respectfully requests the entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>**, authorizing the Debtor to maintain the Truist Accounts and the First Citizens Account as described above, and providing such other relief that is appropriate under the circumstances.

Dated: June 29, 2026.

BERGER SINGERMAN LLP
*Proposed Counsel for the Debtor and Debtor-in-Possession*
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602
Tel. (813) 498-3400
Fax (813) 527-3705

By:  */s/ Erin M. Hoskins*
     Amy Denton Mayer
     Florida Bar No. 634506
     amayer@bergersingerman.com
     Erin M. Hoskins
     Florida Bar No. 1003283
     ehoskins@bergersingerman.com

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 29, 2026, a true and correct copy of the foregoing was served by (i) electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic service in these cases; and (ii) first class, U.S. Mail, postage prepaid, upon all parties on the attached Local Rule 1007-2 Parties in Interest list, to the extent that such parties did not receive electronic service through the Court's CM/ECF system.

By: */s/ Erin M. Hoskins*
Erin M. Hoskins

Label Matrix for local noticing
113A-8
Case 8:26-bk-04988-CED
Middle District of Florida
Tampa
Fri Jun 26 15:27:22 EDT 2026

Attn:  Ally Bank Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX5781
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BP Business Solutions WEX
PO Box 639
Portland, ME 04104-0639

Bartow Ford
P.O. Box 1700
Bartow, FL 33831-1700

Cintas
PO Box 630921
Cincinnati, OH 45263-0921

Crumpton Welding
PO Box 75939
Tampa, FL 33675-0939

DM Computer Consulting
5312 Orange Ave. Unit B
Seffner, FL 33584-4417

Fleet Products
2700 S Combee Road
Lakeland, FL 33803-7384

Florida Kenworth, LLC
PO Box 689706
Chicago, IL 60695-9706

Florida Utility Trailers Inc
1101 S. Orange Blossom Trail
Apopka, FL 32703-6564

Interstate Battery Systems
PO Box 2673
Eaton Park, FL 33840-2673

Mine & Mill Supply Company
PO Box 729
Eaton Park, FL 33840-0729

Nextran Truck Centers
2200 W. Landstreet Rd
Lakeland, FL 33809

O'Reilly Auto Parts
P.O. Box 1799058
Springfield, MO 65807

Professional Towing
13601 US 41
Brooksville, FL 34610-4422

Rush Truck Centers
Interstate Billing Services
PO Box 2208
Decatur, AL 35609-2208

Southport Truck Group
7528 US Hwy 301 N
Tampa, FL 33637-6769

SunState International Truck
Interstate Billing Service
PO Box 2208
Decatur, AL 35609-2208

Ted W Weeks IV, PA
402 S Kentucky Ave
Suite 350
Lakeland, FL 33801-5358

TruckCo, LLC
1701 S Florida Ave.
Lakeland, FL 33803-2262

TruckCo., LLC,
Signal Management Group
Russell P. Matthews
c/o Scott S. Stichter, Esq.
110 E. Madison St., Ste. 200
Tampa, FL 33602-4718

Truist Bank
2713 Forest Hill Road SW
Wilson, NC 27893-4432

Valenti Law
114 N. Tennessee Ave
Suite 200
Lakeland, FL 33801-4630

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                 Chapter 11, Subchapter V

RITCHEY'S TRUCK REPAIR, INC.,[1]                    Case No. 8:26-bk-04988-CED

                    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR**
**AUTHORITY TO MAINTAIN PREPETITION BANK ACCOUNTS**

**THIS CASE** came before the Court for hearing on _____, 2026 at ___ a.m./p.m. (the

"Hearing"), in Tampa, Florida, upon the *Debtor's Motion for Authority to Maintain Prepetition*

*Bank Accounts* [Doc. No. _____] (the "**Motion**") filed Ritchey's Truck Repair, Inc. (the

"**Debtor**"). The Court, having considered the Motion and presentation of counsel, and, for the

reasons stated orally and recorded in open court, which shall constitute the decision of the Court,

it is:

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

36014738-1

**ORDERED** that:

1.    The Motion is GRANTED as set forth herein.

2.    The Debtor is authorized to temporarily maintain the Truist Accounts[2] on a temporary basis pending the orderly transition of all receipts and disbursements to the Debtor's DIP Accounts.

3.    The Debtor is authorized to maintain the First Citizens Account for the duration of this case in order to preserve the mortgage interest rate reduction associated with that account.

4.    The Debtor shall:

a.    transfer (sweep) funds from the maintained prepetition accounts into the DIP Accounts on not less than a weekly basis, or in the event that the receipts in the account equal or exceed $50,000.00; and

b.    fully disclose all activity in the maintained accounts in its monthly operating reports.

5.    Except as expressly authorized herein, all other prepetition bank accounts shall be closed or remain closed in accordance with applicable Guidelines.

*Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

4932-8495-8263, v. 1
36014738-1