

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# **PRO MEMO**

### 06/30/2026 10:30 AM

### COURTROOM   9A

## HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-04988-CED** | **11** | **06/10/2026** |

**Chapter 11**

**DEBTOR:**       Ritchey&#039;s Truck Repair, Inc.


**DEBTOR ATTY:   Amy Mayer**

**TRUSTEE:       Michael Markham**

**HEARING:**

Continued Emergency Motion to Use Cash Collateral Filed by Amy Denton Mayer on behalf of Debtor Ritchey's Truck Repair, Inc.
              Doc #10

**APPEARANCES:**:
AAPPEARANCES: Amy Mayer, Nathan Wheatley

**RULING:**
Continued Emergency Motion to Use Cash Collateral Filed by Amy Denton Mayer on behalf of Debtor Ritchey's Truck Repair, Inc. Doc #10    - Granted; final Order. O/Mayer
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.