**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                              Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                     Case No. 8:26-bk-04988

      Debtor.

_____/

**DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

RITCHEY'S TRUCK REPAIR, INC (the "Debtor") respectfully requests the entry of an Order in the form attached hereto as **Exhibit A**, extending through and including July 14, 2026, the time within which the Debtor has to file its Schedules (defined below). In support of its request, the Debtor respectfully represents as follows:

1.    On June 10, 2026 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code and elected to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended [ECF No. 1].

2.    According to the Federal Rules of Bankruptcy Procedure, the Schedules and Statement of Financial Affairs ("Schedules") are required to be filed on or before June 24, 2026.

3.    The Debtor filed a Motion to Extend Time to File Schedules and Statement of Financial Affairs [ECF No. 45] on June 19, 2026.

4.    On June 23, 2026, the Court entered an Order Granting Motion to Extend Time to File Schedules and Statement [ECF No. 46], extending the deadline to July 13, 2026.

5.    The Debtor is in the process of finalizing its Schedules and expects them to be

---

[1]The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860.  The last four digits of the Debtor's federal tax identification numbers are 4458.

12786019-1

completed no later than July 14, 2026. The Debtor needs additional time to complete its Schedules accurately and completely. No creditor will be prejudiced by this request for an extension of time to file.

6.      The Debtor submits that the following constitutes cause for the extension. The Debtor needs additional time due to the current state of its books and records, which may not be complete or reliable. The Debtor recently engaged a new accounting firm to address and correct deficiencies resulting from errors and irregularities attributable to its former manager, who was terminated for cause. In light of these challenges, the Debtor recently filed its *Application, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, for Authorization to Employ and Retain Archit Shah of Cadence Consulting Services LLC, as Chief Restructuring Officer, Effective as of the Petition Date* [ECF No. 53], to employ Archit Shah as Chief Restructuring Officer to assist in the preparation and review of the Schedules to ensure their accuracy and completeness. The requested extension will allow the Debtor and its professionals to complete this work and file Schedules that are true, correct, and consistent with the Debtor's obligations under the Bankruptcy Code.

7.      The section 341 meeting of creditors is scheduled for July 20, 2026 [ECF No. 16]. Granting the requested extension will provide interested parties with sufficient time to review the Schedules prior to the meeting.

8.      The United States Trustee and the Subchapter V Trustee do not oppose the requested extension.

**WHEREFORE**, the Debtor respectfully requests the entry of an Order, substantially in the form attached hereto as **Exhibit A**, granting this motion, extending the time through and including July 14, 2026, for the Debtor to file its Schedules, and providing such other and further relief as is just.

Dated:  July 13, 2026.

Respectfully submitted,

*/s/ Erin M. Hoskins*
Erin M. Hoskins (FBN 1003283)
ehoskins@bergersingerman.com
Amy Denton Mayer (FBN 0634506)
amayer@bergersingerman.com
Berger Singerman LLP
101 E. Kennedy Boulevard, Suite 1165
Tampa, Florida   33602
Telephone:  (813) 498-3410
Attorneys for the Debtor

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2026, a true and correct copy of the foregoing *Debtor's Second Motion to Extend Time to File Schedules and Statement of Financial Affairs* was furnished by the Court's electronic noticing system to all parties receiving electronic noticing set forth below.

*/s/ Erin M. Hoskins*
Erin M. Hoskins

- **Michael C Markham**    mikem@jpfirm.com, MinervaG@jpfirm.com;cmcm11@trustesolutions.net
- **Amy Denton Mayer**    amayer@bergersingerman.com, KJohnson@bergersingerman.com;MHoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Scott A. Stichter**    sstichter.ecf@srbp.com, srbpecf@srbp.com
- **United States Trustee - TPA**    USTPRegion21.TP.ECF@USDOJ.GOV
- **Nathan A Wheatley**    nathan.a.wheatley@usdoj.gov

**<u>Exhibit A</u>**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                          Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                 Case No. 8:26-bk-04988

        Debtor.

_____/

**ORDER GRANTING DEBTOR'S SECOND MOTION TO EXTEND TIME**
**TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**THIS CASE** came before the Court, without a hearing, upon the *Debtor's Second Motion to Extend Time to File Schedules and Statement of Financial Affairs* [Dkt. No. __] (the "Motion"), seeking an extension of time, through and including July 14, 2026, for the Debtor to file its Schedules.[2]  The Court, having considered the Motion and noting that the Office of the U.S. Trustee and the Subchapter V Trustee do not oppose the requested extension, finds good cause for the granting thereof. Accordingly, it is

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

[2]  All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

2.	The Debtor shall have an extension of time, through and including July 14, 2026, within which to file its Schedules.

3.	The Debtor is authorized and empowered to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.	This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*(Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*