ORDERED.

**Dated:  July 13, 2026**

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                                    Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                          Case No. 8:26-bk-04988

                    Debtor.
_____/

**ORDER GRANTING DEBTOR'S SECOND MOTION TO EXTEND TIME**
**TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**THIS CASE** came before the Court, without a hearing, upon the _Debtor's Second Motion to Extend Time to File Schedules and Statement of Financial Affairs_ [ECF No. 56] (the "Motion"), seeking an extension of time, through and including July 14, 2026, for the Debtor to file its Schedules.[2]  The Court, having considered the Motion and noting that the Office of the U.S. Trustee and the Subchapter V Trustee do not oppose the requested extension, finds good cause for the granting thereof. Accordingly, it is

**ORDERED** as follows:

1.        The Motion is **GRANTED**.

---

[1]The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

[2]  All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

2.  The Debtor shall have an extension of time, through and including July 14, 2026, within which to file its Schedules.

3.  The Debtor is authorized and empowered to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*(Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*