ORDERED.

**Dated:  July 13, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                          Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,              Case No. 8:26-bk-04988 -CED

          Debtor.
_____/

**FINAL ORDER GRANTING DEBTOR'S EMERGENCY
MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**THIS CASE** came before the Court for hearing on June 30, 2026, at 10:30 a.m. (the

"Hearing") for consideration of the the *Debtor's Emergency Motion for Authority to Use Cash*

*Collateral* [Dkt No. 10] (the "Motion")[1].  The Court, having reviewed the Motion and for the

reasons stated orally and recorded in open court, which shall constitute the decision of the Court,

it is

          **ORDERED**:

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning ascribed to them in the Motion.

1.      The Motion is **GRANTED** on a final basis.

2.      <u>Cash Collateral Authorization</u>.  Subject to the provisions of this Order, the Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including interim compensation to the Subchapter V Trustee; (b) the current and necessary expenses set forth in the budget attached as **<u>Exhibit 1</u>**, plus an amount not to exceed ten (10) percent for each line item; and (c) such additional amounts as may be expressly approved in writing by the Lender(s).  This authorization will continue until further order of the Court. Except as authorized in this Order, the Debtor is prohibited from using cash collateral. However, expenditures in excess of the line items in the budget or not on the budget will not be deemed to be unauthorized use of cash collateral, unless the recipient cannot establish that the expense would be entitled to administrative expense priority if the recipient had extended credit for the expenditure. Expenditures in excess of the line items in the budget or not on the budget may, nonetheless, give rise to remedies in favor of the Lender(s).

3.      <u>Collection of Accounts Receivable</u>. The Debtor is entitled to collect money from all parties for outstanding accounts receivable owed to the Debtor and no creditor or party in interest shall interfere with the Debtor's collection actions. All accounts receivable or monies owed to the Debtor shall constitute Cash Collateral, which shall upon collection by the Debtor, constitute Cash Collateral to the extent of any valid and perfected security interests therein as of the Petition Date.

4.      <u>Debtor Obligations.</u> The Debtor shall timely perform all obligations of debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Orders of this Court.

5.      <u>Access to Records and Premises.</u>  Upon reasonable notice, and provided that it does not unreasonably interfere with the businesses of Debtor, the Debtor shall grant the Lender(s) access to the Debtor's business records and premises for inspection.

6.      <u>Replacement Lien.</u> Each creditor with a security interest in cash collateral shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as the prepetition lien, without the need to file or execute any document as may otherwise be required under applicable non bankruptcy law.

7.      <u>Insurance.</u> The Debtor shall maintain insurance coverage for the collateral in accordance with the obligations under the loan and security documents with the Lender(s).

8.      <u>Without Prejudice.</u> This Order is without prejudice to: (a) any subsequent request by a party in interest for modified adequate protection or restrictions on use of cash collateral; (b) any other right or remedy which may be available to the Lender(s).

9.      <u>Enforcement</u>. The Court shall retain jurisdiction to enforce the terms of this Order.

Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

4

## EXHIBIT 1

**Budget**

| | June 12-30 | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|
| **IN RE RITCHEY'S TRUCK REPAIR, INC.** | | | | | | | | |
| **CASE NO. 8:26-bk-04988-CED** | | | | | | | | |
| **CASH COLLATERAL BUDGET** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Income** | 271,253.11 | 292,166.65 | 277,139.07 | 285,291.55 | 291,345.70 | 285,291.55 | 279,241.93 | 1,981,729.56 |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Cost of Goods Sold | 40,687.97 | 43,824.99 | 41,570.86 | 42,793.73 | 43,701.86 | 42,793.73 | 41,736.29 | 297,109.43 |
| General Operating Expenses | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 17,500.00 |
| Payroll/Expense Reimbursements | 93,471.07 | 73,186.02 | 86,831.50 | 89,939.25 | 93,728.25 | 93,244.25 | 115,390.75 | 645,791.09 |
| Payroll Taxes | 34,512.28 | 27,806.98 | 33,041.73 | 29,725.62 | 29,181.85 | 27,079.50 | 28,940.55 | 210,288.51 |
| Rent  (overflow storage lot) | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 10,500.00 |
| Insurance | | | | | | | | |
|   United Health | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 6,555.20 | 45,886.40 |
|   AllState | 450.40 | 450.40 | 450.40 | 450.40 | 450.40 | 450.40 | 450.40 | 3,152.80 |
|   Globe | 1,018.92 | 1,273.65 | 1,018.92 | 1,018.92 | 1,273.65 | 1,018.92 | 1,018.92 | 7,641.90 |
|   Life | 698.25 | 708.25 | 708.25 | 708.25 | 708.25 | 708.25 | 708.25 | 4,947.75 |
|   Speciality Building | 14,039.87 | | | | | | | 14,039.87 |
|   General Liability | - | 1,248.59 | - | - | - | - | - | 1,248.59 |
|   Progressive | - | 56,996.00 | | | | | | 56,996.00 |
|   Worker's Comp Ins. | 2,142.87 | 2,633.86 | 2,008.56 | 2,507.21 | 2,432.98 | 2,014.38 | 2,080.41 | 15,820.27 |
| Utilities | 4,447.90 | 4,615.97 | | | | | | 9,063.87 |
| Sales Tax | 13,989.84 | 16,888.29 | 14,154.01 | 14,314.65 | 16,753.12 | 14,987.23 | 14,343.53 | 105,430.67 |
| Mortgage Payment - 2080 Industrial Park Rd (welding shop/impound lot) | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 14,000.00 |
| Employee Obligations Paid | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 2,307.04 | 16,149.28 |
| Great American  - Hunter Machine Alignment | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 14,000.00 |
| Ally Payment Service truck #125 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 1,455.12 | 10,185.84 |
| Ally  Payment Service truck #206 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 10,500.00 |
| GM Payment Service truck #207 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 10,500.00 |
| Astralease - Wrecker #198 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 3,926.90 | 27,488.30 |
| Tag renewal | 170.40 | 300.00 | - | - | - | - | 5,893.20 | 6,363.60 |
| Property taxes | - | - | - | - | - | 18,028.02 | - | 18,028.02 |
| EForm 2290 | - | 728.89 | - | - | - | - | - | 728.89 |
| Subchapter V Trustee Interim Compensation | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 7,000.00 |
| **Total Expenses** | 231,874.03 | 256,906.15 | 206,028.49 | 207,702.29 | 214,474.62 | 226,568.94 | 236,806.56 | 1,580,361.08 |
| | | | | | | | | |
| **Net Cash Flow** | $ 39,379.08 | $ 35,260.50 | $ 71,110.58 | $ 77,589.26 | $ 76,871.08 | $ 58,722.61 | $ 42,435.37 | $ 401,368.48 |