**Fill in this information to identify the case:**

Debtor name    **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:26-bk-04988**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................     $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................     $     **913,637.35**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................     $     **913,637.35**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................     $     **326,230.08**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................     $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................     +$     **278,067.72**

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b     $     **604,297.80**

**Fill in this information to identify the case:**

Debtor name    **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:26-bk-04988**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$280,498.43** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank** | **Money Market** | **3680** | **$71,437.76** |
| 3.2. | **First Citizens Bank** | **Checking** | **7933** | **$3,568.55** |
| 3.3. | **Truist** | **Checking** | **4968** | **$110,512.66** |
| 3.4. | **Truist** | **Checking** | **4690** | **$44,457.62** |
| 3.5. | **Truist** | **Checking** | **4976** | **$50,140.47** |
| 3.6. | **First Citizens Bank** | **Checking** | **7941** | **$3,021.86** |

Debtor   **Ritchey's Truck Repair, Inc.**
         Name

Case number *(If known)*  **8:26-bk-04988**

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

|  |
|---|
| $563,637.35 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _____   _____

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. _____   _____

9.       **Total of Part 2.**
         Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
|  |

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:   **350,000.00**   -   **0.00** = ....   **$350,000.00**
                            face amount       doubtful or uncollectible accounts
                            **Pending Customer Balance**

12.      **Total of Part 3.**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| $350,000.00 |

**Part 4:   Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.      **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   _____

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

Debtor  **Ritchey's Truck Repair, Inc.**                    Case number *(If known)*  **8:26-bk-04988**
_____Name_____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                           % of ownership

15.1.  _____    _____ %    _____    _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.  _____    _____    _____

17.  **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.                                   _____

Part 5:        **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.                                   _____

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No

Debtor   **Ritchey's Truck Repair, Inc.**                                    Case number *(If known)*  **8:26-bk-04988**
         Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33.   **Total of Part 6.**                                                                        _____
      Add lines 28 through 32.  Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
      ☐ No
      ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ☐ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ☐ No

Debtor **Ritchey's Truck Repair, Inc.**       Case number *(If known)* **8:26-bk-04988**
        Name

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Used desk and chairs** | $0.00 | | $0.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Used computer and acessories in office.** | $0.00 | | $0.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.        **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 GMC Sierra** **VIN:1GT49LEYXPF191361** | Unknown | | Unknown [1] |
| 47.2. **2025 GMC Sierra 1500** **VIN:3GTPUAEK8SG290070** | Unknown | | Unknown |
| 47.3. **2003 Kenworth; VIN** **1NKDLB0X33J708726** | Unknown | | Unknown |

1. **For all unknown values, the Debtor will obtain a third party valuation.**

Debtor    **Ritchey's Truck Repair, Inc.**          Case number *(If known)*  **8:26-bk-04988**
Name

| 47.4. | **2025 Chevy Silverado 3500HDCC; VIN:1GB3KSEY0SF131032** | Unknown | | Unknown |
|---|---|---|---|---|
| 47.5. | **Hunter WT 674 HD Aligner** | Unknown | | Unknown |
| 47.6. | **2013 GMC Sierra, VIN 1GTN1TEA8DZ175510** | Unknown | | Unknown |
| 47.7. | **2008 Freightliner; VIN: 1FVACWDT18HZ60643** | Unknown | | Unknown |
| 47.8. | **2006 Pagi/Pace Box Trailer 8.5X28; VIN:4FPW528296G107118** | Unknown | | Unknown |
| 47.9. | **2009 Kenworth Rollback; VIN:2NKHLN9X49M245566** | Unknown | | Unknown |
| 47.10. | **2001 Mack Tractor; VIN: 1M1AA08Y91W024520** | Unknown | | Unknown |
| 47.11. | **2020 GMC Cutaway; VIN:1GD07RFG1L1193113** | Unknown | | Unknown |
| 47.12. | **2016 GMC Service Truck; VIN 1GB4KYCG0GF277889** | Unknown | | Unknown |
| 47.13. | **2020 Pete 337 Rollback; VIN: 2NP2HM6X5LM656594** | Unknown | | Unknown |
| 47.14. | **2021 Kenworth T270 Rollback; VIN 2NKHHM6X3MM459201** | Unknown | | Unknown |
| 47.15. | **2025 Chevy Silverado 3500H; VIN: 1GB3KSEY5SF131088** | Unknown | | Unknown |
| 47.16. | **2007 Fontain 55 Ton Detach Trailer; VIN:4LFE5230273529091** | Unknown | | Unknown |
| 47.17. | **2003 Fontain 55 Ton Low Boy; VIN: 13NE5240333514422** | Unknown | | Unknown |
| 47.18. | **2007 ETNY Lowboy Trailer; VIN: 1E92945577E111054** | Unknown | | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Ritchey's Truck Repair, Inc.** _____     Case number *(If known)*  **8:26-bk-04988**
                Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Total Main Shop Machinery** | **Unknown** | **Unknown** |
| **Total Welding Shop Machinery** | **Unknown** | **Unknown** |
| **Total Trailer Shop Machinery** | **Unknown** | **Unknown** |
| **JCB Forklift - 4x4** | **Unknown** | **Unknown** |
| **International 8000 Forklift** | **Unknown** | **Unknown** |
| **Toyota Model 7FGCU20** | **Unknown** | **Unknown** |
| **Shop Generator** | **Unknown** | **Unknown** |
| **Spotter 9713** | **Unknown** | **Unknown** |
| **Spotter 812499** | **Unknown** | **Unknown** |

51.    **Total of Part 8.**                                                      **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Ritchey's Truck Repair, Inc.**                                    Case number (If known)  **8:26-bk-04988**
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **2080 Industrial Park Rd, Mulberry, FL 33860** | Fee simple | Unknown | Unknown |
| 55.2. | **2040 Industrial Park Rd., Mulberry, FL 33860** | Fee simple | Unknown | Unknown |

56.    **Total of Part 9.**                                                                                               | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **https://ritcheystruckrepair.com/** | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                              | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No

■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **Ritchey's Truck Repair, Inc.**          Case number *(If known)*  **8:26-bk-04988**
         Name

---

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|  | **Truckco, LLC v. Bruce Ritchey et. al., counter - claim** | **Unknown** |
|  | Nature of claim          Civil Counter-Claim | |
|  | Amount requested                    $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Ritchey's Truck Repair, Inc.**                              Case number *(If known)*  **8:26-bk-04988**
                    Name

---

Part 12:        **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $563,637.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $350,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $913,637.35 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92

$913,637.35

---

**Fill in this information to identify the case:**

Debtor name     **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:26-bk-04988**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally**<br>Creditor's Name<br><br>**P.O. Box 9001948**<br>**Louisville, KY 40290**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2023 GMC Sierra VIN:1GT49LEYXPF191361** | $24,467.02 | Unknown |

Describe the lien

Is the creditor an insider or related party?
  ■ No
  ☐ Yes

Is anyone else liable on this claim?
  ■ No
  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
  ■ No
  ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

| **2.2** **Ally**<br>Creditor's Name<br><br>**P.O. Box 9001948**<br>**Louisville, KY 40290**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2025 GMC Sierra 1500 VIN:3GTPUAEK8SG290070** | $12,658.85 | Unknown |

Describe the lien

Is the creditor an insider or related party?
  ■ No
  ☐ Yes

Is anyone else liable on this claim?
  ■ No
  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor **Ritchey's Truck Repair, Inc.**
Name
Case number (if known)    **8:26-bk-04988**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Astraelease** | **Describe debtor's property that is subject to a lien** | **$63,932.94** | **Unknown** |

Creditor's Name

**200 Motor Parkway Suite D-21**
**Hauppauge, NY 11788**
Creditor's mailing address

**2003 Kenworth; VIN 1NKDLB0X33J708726**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Citizens Bank** | **Describe debtor's property that is subject to a lien** | **$153,538.50** | **Unknown** |

Creditor's Name

**P.O. Box 26592**
**Raleigh, NC 27611**
Creditor's mailing address

**2040 Industrial Park Rd., Mulberry, FL 33860**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **GMC Financial** | **Describe debtor's property that is subject to a lien** | **$60,496.12** | **Unknown** |

Creditor's Name

**P.O. Box 650595**
**Dallas, TX 75265**
Creditor's mailing address

**2025 Chevy Silverado 3500HDCC; VIN:1GB3KSEY0SF131032**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

---

Debtor    **Ritchey's Truck Repair, Inc.**                                    Case number (if known)    **8:26-bk-04988**
_____
Name

Creditor's email address, if known                    ☐ Yes
                                                      **Is anyone else liable on this claim?**
**Date debt was incurred**                            ■ No
                                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                          ☐ Unliquidated
including this creditor and its relative               ☐ Disputed
priority.

---

| 2.6 | **Great American Financial** | Describe debtor's property that is subject to a lien | $11,136.65 | Unknown |

Creditor's Name                                       **Hunter WT 674 HD Aligner**

**P.O. Box 609**
**Cedar Rapids, IA 52406**
Creditor's mailing address                            **Describe the lien**

                                                      **Is the creditor an insider or related party?**
                                                      ■ No
Creditor's email address, if known                    ☐ Yes
                                                      **Is anyone else liable on this claim?**
**Date debt was incurred**                            ■ No
                                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                          ☐ Unliquidated
including this creditor and its                        ☐ Disputed
relative priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $326,230.08

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:26-bk-04988**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** **Bartow Ford** **P.O. Box 1700** **Bartow, FL 33831** Date(s) debt was incurred _ Last 4 digits of account number **7924** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$3,222.56** |
| **3.2** **Nonpriority creditor's name and mailing address** **BP Business Solutions WEX** **PO Box 639** **Portland, ME 04104** Date(s) debt was incurred _ Last 4 digits of account number **7405** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$4,304.53** |
| **3.3** **Nonpriority creditor's name and mailing address** **Brewington's Towing** **1009 N Shannon Ave** **Plant City, FL 33563** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$393.00** |
| **3.4** **Nonpriority creditor's name and mailing address** **Bruce and Karen Ritchey** **1633 Cherry Lane** **Lakeland, FL 33813** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Payment of Taxes** Is the claim subject to offset? ■ No ☐ Yes | **$177,108.00** |

34527

Debtor    **Ritchey's Truck Repair, Inc.**                                     Case number (if known)    **8:26-bk-04988**
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,297.70** |
|---|---|---|---|

**Cintas**
**PO Box 630921**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **6346**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$435.49** |
|---|---|---|---|

**Crumpton Welding**
**PO Box 75939**
**Tampa, FL 33675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **xxxxxxxxxx1726**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$713.00** |
|---|---|---|---|

**DM Computer Consulting**
**5312 Orange Ave. Unit B**
**Seffner, FL 33584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,286.28** |
|---|---|---|---|

**Fleet Products**
**2700 S Combee Road**
**Lakeland, FL 33806-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **8601**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$964.74** |
|---|---|---|---|

**Florida Kenworth, LLC**
**PO Box 689706**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1362**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,456.32** |
|---|---|---|---|

**Florida Utility Trailers Inc**
**1101 S. Orange Blossom Trail**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **3195**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.04** |
|---|---|---|---|

**Home Depot**
**P.O. Box 70614**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **2908**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Ritchey's Truck Repair, Inc.** | Case number (if known) | **8:26-bk-04988** |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$623.55**

**Interstate Battery Systems**
**PO Box 2673**
**Eaton Park, FL 33840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00**

**Jessie Jones Glass**
**PO Box 9124**
**Winter Haven, FL 33883-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.14**

**Kelley Buick GMC**
**255 West Van Fleet Dr**
**Bartow, FL 33830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  4136**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.95**

**Mine & Mill Supply Company**
**PO Box 729**
**Eaton Park, FL 33840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.55**

**NAPA Auto Parts**
**314 West Canal St**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  5837**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$936.77**

**Nextran Truck Centers**
**2200 W. Landstreet Rd**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  7048**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.45**

**O'Reilly Auto Parts**
**P.O. Box 1799058**
**Springfield, MO 65807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number  9058**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Ritchey's Truck Repair, Inc.**
Name

Case number (if known)   **8:26-bk-04988**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.92 |
|---|---|---|---|

**Primo Brands Blue Triton Brands, Inc.**
**P.O. Box 856680**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,026.76 |
|---|---|---|---|

**Professional Towing**
**13601 US 41**
**Brooksville, FL 34601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,429.86 |
|---|---|---|---|

**Rush Truck Centers**
**Interstate Billing Services**
**PO Box 2208**
**Decatur, AL 35609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Signal Management Group, Inc**
**109 N Brush St. 250**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.84 |
|---|---|---|---|

**Snider Fleet**
**PO Box 749650**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,354.28 |
|---|---|---|---|

**Southport Truck Group**
**7528 US Hwy 301 N**
**Tampa, FL 33637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1119**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,969.93 |
|---|---|---|---|

**SunState International Truck**
**Interstate Billing Service**
**PO Box 2208**
**Decatur, AL 35609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ritchey's Truck Repair, Inc.** | Case number (if known) | **8:26-bk-04988** |
|---|---|---|---|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,520.19**

**Ted W Weeks IV, PA**
**402 S Kentucky Ave**
**Suite 350**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**TruckCo, LLC**
**1701 S Florida Ave.**
**Lakeland, FL 33803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,648.20**

**Truist Bank**
**2713 Forest Hill Road SW**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,814.00**

**Valenti Law**
**114 N. Tennessee Ave**
**Suite 200**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.67**

**Werts Welding & Tank Service**
**400 N Old St Louis Road**
**Wood River, IL 62095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3930**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew P. Yarnell, Esq.**<br>**c/o TruckCo, LLC**<br>**1701 S Florida Ave**<br>**Lakeland, FL 33803** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **John Marc Tamayo, Esq.**<br>**c/o TruckCo, LLC**<br>**1701 S Florida Ave**<br>**Lakeland, FL 33803-2262** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

Debtor    **Ritchey's Truck Repair, Inc.**                                    Case number (if known)    **8:26-bk-04988**
_____                                    _____
Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 278,067.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 278,067.72 |

**Fill in this information to identify the case:**

Debtor name   **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:26-bk-04988**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Consignment Inventory** | |
| State the term remaining | **Fleet Products**<br>**6510 Golden Groves Lane**<br>**Tampa, FL 33610** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Rental Agreement** | |
| State the term remaining **month to month** | **Rebar Properties Eight Acres**<br>**P.O. Box 247**<br>**Seffner, FL 33583** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:26-bk-04988**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Ritchey's Truck Repair, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:26-bk-04988**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,556,156.00** |
   | **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$4,538,284.00** |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$4,541,590.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  **Ritchey's Truck Repair, Inc.**                    Case number *(if known)* **8:26-bk-04988**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached as Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Truckco, LLC v. Bruce A. Ritchey and Karen A. Ritchey, as Trustees of the Bruce A. Ritchey and Karen A. Ritchey Joint Revocable Living Trust and Ritchey's Truck Repair, Inc.**<br>**2025CC001054** | **Civil** | **Polk County Court for the 10th Judicial Circuit Court 255 Broadway Ave. N. Bartow, FL 33830** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Ritchey's Truck Repair, Inc.**                          Case number *(if known)*  **8:26-bk-04988**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Truckco, LLC c. Bruce A. Ritchey and Karen A. Ritchey, as Trustees of the Bruce A. Ritchey and Karent A. Ritchey Ritchey's Truck Repair, Inc.; Joint Revocable Living Trust; Bruce A. Ritchey, individually; Karen A. Ritchey, individually; Ritchey's  Tractor Works, LLC.; and Brenda S. James 2025CA001921** | **Civil** | **10th Judicial Circuit Court 225 Broadway Ave. N. Bartow, FL 33830** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Florida School of Preaching 1807 S Florida Ave. Lakeland, FL 33803** | | **monthly 06/11/25-06/10/ 2026** | **$22,533.42** |
| **Recipients relationship to debtor** | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor  **Ritchey's Truck Repair, Inc.**                   Case number *(if known)* **8:26-bk-04988**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Berger Singerman LLP**<br>**101 E. Kennedy Boulevard**<br>**Suite 1165**<br>**Tampa, FL 33606** | | **05/21/2026** | **$51,738.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | Ritchey's Truck Repair, Inc. | Case number *(if known)* | 8:26-bk-04988 |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Truist** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Cerficate of Deposit** | **6/10/26** | **$280,498.43** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **TECO**<br>**Attn: Kristin Marie Tolbert Mora**<br>**PO Box 111**<br>**Tampa, FL 33601** | | **Utility Deposit for Acct #7641 (2040 Industrial Park Rd, Mulberry) $625.00** | ☐ No<br>■ Yes |
| **TECO**<br>**Attn: Kristin Marie Tolbert Mora**<br>**PO Box 111**<br>**Tampa, FL 33601** | | **Utility Deposit for Acct # 7854 (2080 Industrial Park Rd, Mulberry) $216.00** | ☐ No<br>■ Yes |
| **City of Mulberry**<br>**104 S Church Ave.**<br>**Mulberry, FL 33860** | | **Water and garbage deposit; Account #900 - 2040 Industrial Park Rd, Mulberry $200.00** | ☐ No<br>■ Yes |
| **City of Mulberry**<br>**104 S Church Ave**<br>**Mulberry, FL 33860** | | **Water and garbage deposit; Account #900 - 2080 Industrial Park Rd, Mulberry $400.00** | ☐ No<br>■ Yes |

Debtor  **Ritchey's Truck Repair, Inc.**                        Case number *(if known)*  **8:26-bk-04988**

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fleet Products** | | **Consignment Inventory** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **.** | **.** | **Vehicles held for clients during maintenance** | **$0.00** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **6**

Debtor   **Ritchey's Truck Repair, Inc.**                                          Case number *(if known)* **8:26-bk-04988**

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Brenda James** | **2020-current** |
| 26a.2. **Harman & Peaslee, P.A.**<br>**303 N Warnell St.**<br>**Plant City, FL 33563** | **11/2024-current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruce Ritchey** | **1633 Cherry Lane**<br>**Lakeland, FL 33813** | **Managing Member** | **50%** |

---

| Debtor | Ritchey's Truck Repair, Inc. | Case number (if known) | 8:26-bk-04988 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karen Ritchey | 1633 Cherry Lane Lakeland, FL 33813 | Manager | 50% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Bruce Ritchey 1633 Cherry Lane Lakeland, FL 33813 | $211,500.00 | Weekly; 06/11/2025-06/10/2026 | Salary |
| | Relationship to debtor Managing Member | | | |
| 30.2. | Bruce and Karen Ritchey 1633 Cherry Lane Lakeland, FL 33813 | $230,000.00 | 09/25/25 | Shareholder distribution |
| | Relationship to debtor Managing Member | | | |
| 30.3. | Tractor Works 2040 Industrial Park Rd. Mulberry, FL 33860 | $24,000.00 | monthly 06/11/2025-06/10/2026 | Payment to creditors |
| | Relationship to debtor Related party through ownership | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Ritchey's Truck Repair, Inc.**          Case number *(if known)*   **8:26-bk-04988**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 14, 2026**

**/s/ Archit Shah**                           **Archit Shah**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**