EXHIBIT A

11:58 AM

07/09/26

# Ritchey's Truck Repair, Inc.
## Transaction List by Date
### March 12 through June 10, 2026

| Type | Date | Name | Me | Account | Class | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|---|
| **Mar 12 - Jun 10, 26** | | | | | | | | |
| Liability Check | 03/16/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 15,200.58 |
| Sales Tax Payment | 03/16/2026 | Florida Department of Revenue | | Closed Operating Ac... | | | -SPLIT- | 15,926.61 |
| Liability Check | 03/18/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 20,243.61 |
| Bill Pmt -Check | 03/18/2026 | Ted W. Weeks IV, P.A. | | Closed Operating Ac... | | | Accounts Paya... | 13,582.63 |
| Bill Pmt -Check | 03/21/2026 | Housby Online Auction | | Closed Operating Ac... | | | Accounts Paya... | 13,099.99 |
| Liability Check | 03/25/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 19,392.60 |
| Bill Pmt -Check | 03/26/2026 | Housby Online Auction | | Closed Operating Ac... | | | Accounts Paya... | 19,370.20 |
| Bill Pmt -Check | 03/30/2026 | Housby Online Auction | | Closed Operating Ac... | | | Accounts Paya... | 9,743.53 |
| Liability Check | 03/31/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 15,474.82 |
| Liability Check | 04/01/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 19,018.52 |
| Liability Check | 04/07/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 14,372.98 |
| Liability Check | 04/08/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,835.03 |
| Liability Check | 04/15/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,317.55 |
| Sales Tax Payment | 04/15/2026 | Florida Department of Revenue | | Closed Operating Ac... | | | -SPLIT- | 13,662.40 |
| Liability Check | 04/22/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,728.29 |
| Bill Pmt -Check | 04/24/2026 | Fleet Products | 8... | Closed Operating Ac... | | | Accounts Paya... | 11,083.80 |
| Liability Check | 04/28/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 13,784.38 |
| Liability Check | 04/29/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,571.68 |
| Bill Pmt -Check | 04/30/2026 | Preventive Air Care | R... | Closed Operating Ac... | | | Accounts Paya... | 9,500.00 |
| Bill Pmt -Check | 05/05/2026 | Housby Online Auction | | Closed Operating Ac... | | | Accounts Paya... | 16,613.91 |
| Liability Check | 05/06/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,899.38 |
| Liability Check | 05/08/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 14,022.60 |
| Bill Pmt -Check | 05/11/2026 | TRUIST CREDIT CARD ACCOUNT | | Closed Operating Ac... | | | Accounts Paya... | 11,987.27 |
| Bill Pmt -Check | 05/12/2026 | Fleet Products | 8... | Closed Operating Ac... | | | Accounts Paya... | 16,951.96 |
| Liability Check | 05/13/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,172.67 |
| Bill Pmt -Check | 05/14/2026 | Traveler's Insurance | 3... | Closed Operating Ac... | | | Accounts Paya... | 10,462.25 |
| Bill Pmt -Check | 05/18/2026 | TRUIST CREDIT CARD ACCOUNT | | Closed Operating Ac... | | | Accounts Paya... | 13,562.69 |
| Sales Tax Payment | 05/18/2026 | Florida Department of Revenue | | Closed Operating Ac... | | | -SPLIT- | 16,261.18 |
| Liability Check | 05/20/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 17,553.26 |
| Bill Pmt -Check | 05/21/2026 | Berger Singerman LLP Trust Account | | Closed Truist - Payroll | | | Accounts Paya... | 51,738.00 |
| Bill Pmt -Check | 05/22/2026 | Fleet Products | 8... | Closed Operating Ac... | | | Accounts Paya... | 10,686.16 |
| Bill Pmt -Check | 05/26/2026 | Ted W. Weeks IV, P.A. | | Closed Operating Ac... | | | Accounts Paya... | 28,022.33 |
| Bill Pmt -Check | 05/26/2026 | Valenti Law | B... | Closed Operating Ac... | | | Accounts Paya... | 24,786.00 |
| Liability Check | 05/27/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,560.71 |
| Liability Check | 05/29/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 20,522.44 |
| Bill Pmt -Check | 05/29/2026 | Fleet Products | 8... | Closed Operating Ac... | | | Accounts Paya... | 16,929.59 |
| Bill Pmt -Check | 05/31/2026 | Fleet Products | 8... | Closed Operating Ac... | | | Accounts Paya... | 11,788.80 |
| Liability Check | 06/03/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,410.31 |
| Bill Pmt -Check | 06/04/2026 | Harman & Peaslee, P.A. | | Closed Operating Ac... | | | Accounts Paya... | 11,000.00 |
| Sales Tax Payment | 06/05/2026 | Florida Department of Revenue | | Closed Operating Ac... | | | -SPLIT- | 12,621.32 |
| Liability Check | 06/05/2026 | Department of Treasury | 0... | Closed Operating Ac... | | | -SPLIT- | 13,989.84 |
| Liability Check | 06/10/2026 | QuickBooks Payroll Service | C... | Closed Truist - Payroll | | | Direct Deposit ... | 18,878.14 |
| **Mar 12 - Jun 10, 26** | | | | | | | | |