ORDERED.

**Dated:  July 17, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| RITCHEY'S TRUCK REPAIR, INC.,[1] | Case No. 8:26-bk-04988-CED |
| Debtor. _____/ | |

### ORDER GRANTING DEBTOR'S MOTION FOR
### AUTHORITY TO MAINTAIN PREPETITION BANK ACCOUNTS

**THIS CASE** came before the Court for hearing on July 15, 2026 at 1:30 p.m. (the "Hearing"), in Tampa, Florida, upon the *Debtor's Motion for Authority to Maintain Prepetition Bank Accounts* (Doc. No. 49) (the "**Motion**") filed by Ritchey's Truck Repair, Inc. (the "**Debtor**"). The Court, having considered the Motion and presentation of counsel, and, for the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is:

**ORDERED** that:

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

36014738-2

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor is authorized to temporarily maintain the Truist Accounts[2] on a temporary basis pending the orderly transition of all receipts and disbursements to the Debtor's DIP Accounts.

3. The Debtor is authorized to maintain the First Citizens Account for the duration of this case in order to preserve the mortgage interest rate reduction associated with that account.

4. The Debtor shall:

   a. transfer (sweep) funds from the maintained prepetition accounts into the DIP Accounts on not less than a weekly basis, or in the event that the receipts in the account equal or exceed $50,000.00; and

   b. fully disclose all activity in the maintained accounts in its monthly operating reports.

5. Except as expressly authorized herein, all other prepetition bank accounts shall be closed or remain closed in accordance with applicable Guidelines.

*Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

4932-8495-8263, v. 1
36014738-2