ORDERED.

**Dated:  July 17, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Subchapter V, Chapter 11 |
| RITCHEY'S TRUCK REPAIR, INC.,[1] | Case No. 8:26-bk-04988-CED |
| Debtor. | |

_____/

**ORDER GRANTING DEBTOR'S MOTION FOR ALLOWANCE OF AFFILIATE**
**OFFICER SALARY AND BENEFITS, EFFECTIVE AS OF THE PETITION DATE**

**THIS CASE** came before the Court for hearing on July 15, 2026 at 1:30 p.m. (the "Hearing"), in Tampa, Florida, upon the *Debtor's Motion for Allowance of Affiliate Officer Salary and Benefits, Effective as of the Petition Date* (Doc. No. 18) (the "Motion").[2] The Court, having considered the Motion and presentation of counsel, and, for the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is:

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

**ORDERED** that:

1.      The Motion is **GRANTED** on an interim basis through August 12, 2026, pending the Continued Hearing (defined below).

2.      The Debtor is authorized to pay Bruce Ritchey post-petition gross weekly compensation of $4,500.00, plus benefits including the use of a company vehicle, a cellular phone with phone and internet service, and health insurance.

3.      The relief provided in this Order is conditioned upon the Debtor having sufficient cash remaining after the payment of current operating expenses.

4.      A continued hearing will be conducted by the Court on **August 12, 2026, at 1:30 p.m.** (the "Continued Hearing") in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602.  All parties may attend the hearing in person.  Parties are directed to review Judge Delano's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/delano) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5070 no later than 3:00 p.m. one business day before the date of the hearing.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implantation, interpretation, and enforcement of this Order.

# # #

*Attorney Amy Denton Mayer is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of this order.*