**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                     Subchapter V, Chapter 11

RITCHEY'S TRUCK REPAIR, INC.,[1]                      Case No. 8:26-bk-04988

        Debtor.

_____/

**PROOF OF SERVICE**

    **I HEREBY CERTIFY** that true and correct copies of the *Final Order Granting Debtor's Emergency Motion for Authority to Use Cash Collateral* (Doc. No. 58) were served either on July 14, 2026, by transmission of notices of electronic filing generated through the Court's CM/ECF System upon all parties registered to receive electronic notices, or on July 20, 2026, by first class, U.S. Mail upon all parties on the attached Local Rule 1007-2 Parties in Interest matrix.

        BERGER SINGERMAN LLP
        *Proposed Counsel for Debtor*
        101 East Kennedy Blvd., Suite 1165
        Tampa, FL 33602
        Tel. (813) 498-3400
        Fax (813) 527-3705

        By: */s/ Amy Denton Mayer*
        Amy Denton Mayer
        Florida Bar No. 634506
        amayer@bergersingerman.com
        Erin M. Hoskins
        Florida Bar No. 1003283
        ehoskins@bergersingerman.com

---

[1] The address of the Debtor is 2040 Industrial Park Rd., Mulberry, FL 33860. The last four digits of the Debtor's federal tax identification numbers are 4458.

36058103-1

Label Matrix for local noticing
113A-8
Case 8:26-bk-04988-CED
Middle District of Florida
Tampa
Fri Jul 17 15:00:27 EDT 2026

Attn:  Ally Bank Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX5781
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BP Business Solutions WEX
PO Box 639
Portland, ME 04104-0639

Bartow Ford
P.O. Box 1700
Bartow, FL 33831-1700

Cintas
PO Box 630921
Cincinnati, OH 45263-0921

Crumpton Welding
PO Box 75939
Tampa, FL 33675-0939

DM Computer Consulting
5312 Orange Ave. Unit B
Seffner, FL 33584-4417

Fleet Products
2700 S Combee Road
Lakeland, FL 33803-7384

Florida Kenworth, LLC
PO Box 689706
Chicago, IL 60695-9706

Florida Utility Trailers Inc
1101 S. Orange Blossom Trail
Apopka, FL 32703-6564

Interstate Battery Systems
PO Box 2673
Eaton Park, FL 33840-2673

Mine & Mill Supply Company
PO Box 729
Eaton Park, FL 33840-0729

Nextran Truck Centers
2200 W. Landstreet Rd
Lakeland, FL 33809

O'Reilly Auto Parts
P.O. Box 1799058
Springfield, MO 65807

Professional Towing
13601 US 41
Brooksville, FL 34610-4422

Rush Truck Centers
Interstate Billing Services
PO Box 2208
Decatur, AL 35609-2208

Southport Truck Group
7528 US Hwy 301 N
Tampa, FL 33637-6769

SunState International Truck
Interstate Billing Service
PO Box 2208
Decatur, AL 35609-2208

Ted W Weeks IV, PA
402 S Kentucky Ave
Suite 350
Lakeland, FL 33801-5358

TruckCo, LLC
1701 S Florida Ave.
Lakeland, FL 33803-2262

TruckCo., LLC,
Signal Management Group
Russell P. Matthews
c/o Scott S. Stichter, Esq.
110 E. Madison St., Ste. 200
Tampa, FL 33602-4718

Truist Bank
2713 Forest Hill Road SW
Wilson, NC 27893-4432

Valenti Law
114 N. Tennessee Ave
Suite 200
Lakeland, FL 33801-4630

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22